IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **CHRISTOPHER ROBINSON,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF UTAH,**<br><br>　　　　　　Defendants. | **ORDER AFFIRMING**<br>**REPORT & RECOMMENDATION**<br><br>Case No. 2:06CV981DAK |

　　　　This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge David Nuffer under 28 U.S.C. § 636(b)(1)(B). Defendants filed a Motion to Dismiss and Partial Motion to Strike First Amended Complaint. On August 9, 2007, Magistrate Judge Nuffer issued a Memorandum Decision – Report and Recommendation to Grant Defendant's Motion to Dismiss and Deny Partial Motion to Strike First Amended Complaint. Neither party has objected to the Report and Recommendation, and the time for filing an objection has passed and no objection has been filed to the Report and Recommendation.

　　　　The court has reviewed the file *de novo*. The court approves and adopts the Magistrate Judge's Report and Recommendation in its entirety. Accordingly, the Partial Motion to Strike First Amended Complaint is DENIED and Defendants' Motion to Dismiss the First, Second, and Fourth Causes of Action is GRANTED. Defendant's Motion to Dismiss Defendant Sanyer is denied pending discovery.

DATED this 11th day of September, 2007.

                          BY THE COURT:

                          DALE A. KIMBALL
                          United States District Judge