# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **CHRISTOPHER ROBINSON,** | |
| Plaintiff(s), | |
| | **ORDER ADOPTING REPORT &** |
| v. | **RECOMMENDATION** |
| **UNIVERSITY OF UTAH DEPARTMENT OF FAMILY AND PREVENTATIVE MEDICINE,** | **Case No. 2:06CV981DAK** |
| Defendant(s). | |

This case is assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge David Nuffer under 28 U.S.C. § 636(b)(1)(B).  On February 6, 2009, Magistrate Judge Nuffer issued a Report and Recommendation, recommending that Defendants' Motion for Summary Judgment be granted.  Plaintiff had ten days after receipt of the Report and Recommendation to file any objections to it.  No objection has been filed as of the date of this Order.

The court has reviewed the materials relating to the motion for summary judgment *de novo.*  The court agrees with the reasoning of the Magistrate Judge's Report and Recommendation in its entirety.  Therefore, the court affirms and adopts the Magistrate Judge's Report and Recommendation as the order of this court.

Accordingly, Defendants' Motion for Summary Judgment is GRANTED.

DATED this 26th day of February, 2009.

BY THE COURT:

DALE A. KIMBALL
United States District Judge